```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 21863
    SONJA CRAWFORD
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

           Debtor
   SSN XXX-XX-4969


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/20/2007 and was not confirmed.

      The case was dismissed without confirmation 03/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                 CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED         1444.47           .00            .00
CITY OF CHICAGO WATER DE  SECURED            800.00           .00            .00
OPTION ONE MORTGAGE       MORTGAGE ARRE         .00           .00            .00
OPTION ONE MORTGAGE       CURRENT MORTG         .00           .00            .00
WILSHIRE CREDIT CORP      MORTGAGE ARRE     8000.00           .00            .00
WILSHIRE CREDIT CORP      CURRENT MORTG         .00           .00            .00
AARON SALES & LEASE OWNE  UNSECURED        NOT FILED          .00            .00
AARON SALES & LEASE OWNE  UNSECURED        NOT FILED          .00            .00
TCF BANK                  UNSECURED        NOT FILED          .00            .00
SPRINT PCS                UNSECURED        NOT FILED          .00            .00
CITY OF CHICAGO           UNSECURED        NOT FILED          .00            .00
COMMONWEALTH EDISON       UNSECURED         2618.28           .00            .00
COMCAST                   UNSECURED        NOT FILED          .00            .00
ER SOLUTIONS INC          UNSECURED         1979.64           .00            .00
COOK COUNTY HOSPITAL      UNSECURED        NOT FILED          .00            .00
DIRECT TV                 UNSECURED        NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE  NOTICE ONLY      NOT FILED          .00            .00
LVNV FUNDING LLC          UNSECURED         3581.56           .00            .00
SUNTERRA RESORTS          UNSECURED        NOT FILED          .00            .00
ERICA KYLE                NOTICE ONLY      NOT FILED          .00            .00
ASSET ACCEPTANCE CORP     UNSECURED          944.54           .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                             .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21863 SONJA CRAWFORD
```

```
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                        ---------------      ---------------
TOTALS                                              .00                   .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 05/26/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 21863 SONJA CRAWFORD